USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Edmund Muntslag,

Defendant.

13-CR-635 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 15, 2021, Edmund Muntslag filed a motion for compassionate release. Dkt. No. 146. The Government shall file a response to Mr. Muntslag's motion, if any, by October 29, 2021. Mr. Muntslag shall submit a reply, if any, by November 12, 2021.

The Clerk's office is respectfully directed to mail a copy of this Order to Mr. Muntslag and note the mailing on the public docket.

SO ORDERED.

Dated: October 18, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge