USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__11/19/21__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Edmund Muntslag,

                    Defendant.

13-CR-635 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 15, 2021, Edmund Muntslag filed a motion for compassionate release.  Dkt. No. 146.  The Court on October 27, 2021, granted the Government's request for an additional two weeks to file a response because Mr. Muntslag's motion raised questions about the conditions of his incarceration in Trinidad and in the United States, requiring that the Government acquire additional documentation.  Dkt. No. 149.  The Government timely filed its response on November 12, 2021.  Dkt. No. 150.

On November 17, 2021, a letter from Mr. Muntslag dated October 29, 2021, was filed on the public docket.  Dkt. No. 152.  The letter opposes the Government's extension request because Mr. Muntslag anticipates that a future lockdown at FCI Hazelton will interfere with his ability to litigate his motion and because he may be transferred, causing him to miss documents mailed to him in this litigation.  Dkt. No. 152.

Mr. Muntslag's letter is DENIED AS MOOT because the Court granted the Government's extension request and Government has filed its response to Mr. Muntslag's motion.

The Government is ORDERED to file a letter to the Court if Mr. Muntslag is transferred

from FCI Hazelton.

Because there are apparently significant delays in receiving mail from Mr. Muntslag, the Court will extend Mr. Muntslag's deadline to file a reply brief, if any, from November 26, 2021, to December 10, 2021.  After December 10, the Court will resolve expeditiously Mr. Muntslag's motion.

The Clerk's office is respectfully directed to mail a copy of this Order to Mr. Muntslag and note the mailing on the public docket.

SO ORDERED.

Dated: November 19, 2021
      New York, New York                    _____
                                   ALISON J. NATHAN
                         United States District Judge